IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:08cr146WHB-JCS

ADRIAN NATHANIEL SAWYER

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment with prejudice.

SO ORDERED, this the 18th day of August, 2009.

                                                s/William H. Barbour, Jr.
                                                WILLIAM H. BARBOUR, JR
                                                United States District Judge